| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Dylan J Yamamoto<br>ArentFox Schiff LLP<br>555 West Fifth Street, 48th Flr<br>Los Angeles, CA 90013<br><br>213–629–7400<br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA**

| In re:<br><br>Core Scientific North America, Inc.<br><br><br>Debtor(s). | CASE NO.: 9:21–bk–10020–RC<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 9:22–ap–01033–RC |
|---|---|
| Jeremy W. Faith<br><br>Plaintiff(s)<br>Versus<br>Core Scientific North America, Inc.<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **08/25/2022.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

    **Date:**               **October 6, 2022**
    **Time:**              **10:00 AM**
    **Hearing Judge:**   **Ronald A Clifford III**
    **Location:**         **1415 State St., Crtrm 201, Santa Barbara, CA 93101**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 1            **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: July 26, 2022

By: ____"s/" Kam Rust____

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Jeremy W. Faith | Core Scientific North America, Inc.<br>Core Scientific Creations Ltd.<br>Coreva Health Science LLC<br>Damian Delfino<br>Craig Bluth<br>Cassie Inglis |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ArentFox Schiff LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** and (2) the accompanying pleading(s) entitled:

- **COMPLAINT FOR: (1) BREACH OF FIDUCIARY DUTY; (2) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY; (3) AVOIDANCE OF FRAUDULENT TRANSFERS WITH ACTUAL INTENT [11 U.S.C. § 544(b)]; (4) AVOIDANCE OF FRAUDULENT TRANSFERS WITH ACTUAL INTENT [11 U.S.C. § 548(a)(1)(A)]; (5) AVOIDANCE OF CONSTRUCTIVELY FRAUDULENT TRANSFERS [11 U.S.C. § 548(a)(1)(B)]; (6) AVOIDANCE OF PREFERENTIAL TRANSFERS [11 U.S.C. § 547]; (7) AVOIDANCE OF UNAUTHORIZED POSTPETITION TRANSFERS [11 U.S.C. § 549]; (8) RECOVERY AND PRESERVATION OF AVOIDED TRANSFERS; (9) CONVERSION; (10) INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; (11) NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; (12) ACCOUNTING; AND (13) SUBSTANTIVE CONSOLIDATION**
- **NOTICE THAT COMPLIANCE WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 7026-1 IS REQUIRED**
- **ADVERSARY PROCEEDING STATUS CONFERENCE PROCEDURES OF JUDGE RONALD A. CLIFFORD III**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **07/26/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **07/26/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT** (SERVED BY OVERNIGHT MAIL)
Core Scientific Creations Ltd.
Attn: Amnon Hamdani
Nachshon 29
Petah Tikva, 4926918
Israel

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/26/2022 | YVONNE LI | /s/ Yvonne Li |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      **F 9013-3.1.PROOF.SERVICE**

AFDOCS/26054488.1

**2. SERVED BY UNITED STATES MAIL**:

**DEFENDANTS**

Core Scientific North America, Inc.
Attn: Craig Bluth
2895 E. Hillcrest Drive, Suite 205
Thousand Oaks, CA 91362

Core Scientific North America, Inc.
as general manager in California for:
Core Scientific Creations Ltd.
Attn: Craig Bluth
2895 E. Hillcrest Drive, Suite 205
Thousand Oaks, CA 91362

Core Scientific Creations Ltd.
Attn: Amnon Hamdani
Nachshon 29
Petah Tikva, 4926918
Israel

Coreva Health Science LLC
Attn: Craig Bluth
2985 E. Hillcrest Dr., Suite 205
Thousand Oaks, CA 91362-3192

Damian Delfino
693 Azalea St.
Thousand Oaks, CA 91360-1409

Damian Delfino
2550 Montecito Ave
Westlake Village, CA 91362-5141

Cassie Inglis
698 Lois Ave.
Newbury Park, CA 91320-2133

Craig Bluth
2945 Salmon River Circle
Westlake Village, CA 91362-3736

**REGISTERED AGENT FOR CORE SCIENTIFIC NORTH AMERICA, INC.**

Core Scientific North America, Inc.
c/o Craig Bluth
2985 E. Hillcrest Dr. Ste. 205
Thousand Oaks, CA 91362

**REGISTERED AGENT FOR COREVA HEALTH SCIENCE LLC**

Coreva Health Science LLC
c/o Craig Bluth
2945 Salmon River Circle
Westlake Village, CA 91362

**COUNSEL FOR DEBTOR CORE SCIENTIFIC NORTH AMERICA, INC.**

Brent D. George
Law Office of Brent D. George
1337 E Thousand Oaks Blvd., Ste 206
Thousand Oaks, CA 91362

**CHAPTER 7 TRUSTEE TO DEBTOR CORE SCIENTIFIC NORTH AMERICA, INC.**

Jeremy W. Faith
16030 Ventura Blvd., Suite 470
Encino, CA 91436

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

AFDOCS/26054488.1